# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| Richard Butler,<br><br>    Plaintiff,<br><br>v.<br><br>Upgrade, Inc., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>    Defendants, | Case No.: 1:23-cv-01250-STA-jay |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC, TransUnion, LLC, and Experian Information Solutions, Inc. ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff's claims againnst Upgrade, Inc. remain pending.

Dated:    January 17, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447

joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Joseph Panvini</u>