# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| Richard Butler,<br><br>　　Plaintiff,<br><br>v.<br><br>Upgrade, Inc., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>　　Defendants, | Case No.: 1:23-cv-01250-STA-jay |

## NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:　　February 6, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph Panvini
　　　　　　　　　　　　　　　　　　　　　Joseph Panvini
　　　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320
　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ  85251
　　　　　　　　　　　　　　　　　　　　　Telephone: (602) 456-8900
　　　　　　　　　　　　　　　　　　　　　Fax: (602) 218-4447
　　　　　　　　　　　　　　　　　　　　　joe.panvini@mccarthylawyer.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*