# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| Richard Butler,<br><br>    Plaintiff,<br><br>v.<br><br>Upgrade, Inc., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>    Defendants, | Case No.: 1:23-cv-01250-STA-jay |

## NOTICE OF SETTLEMENT AS TO DEFENDANT UPGRADE, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Upgrade, Inc. ("Upgrade"). Plaintiff and Upgrade are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Upgrade will be finalized within the next sixty (60) days. Plaintiff has now reached a settlement with all Defendants.

Dated:    February 22, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    */s/ Joseph Panvini*