UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

RICHARD BUTLER,                                    JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.

UPGRADE, INC., ET AL.,                             CASE NO: 23-1250-STA-jay

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Notice of Voluntary Dismissals (DE #10, #11, #12, #14) entered on February 6, February 16, February 20, and March 15 of 2024, this cause is hereby DISMISSED with prejudice.**

APPROVED:

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/18/2024**                    **Wendy R. Oliver**
                                       **Clerk of Court**

                                       **s/Maurice B. BRYSON**

                                       **(By)  Deputy Clerk**